# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRE T. LOWE,   No. 08-30111-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial submitted by Defendant Deandre T. Lowe (Doc. 29). Defendant argues that his Counsel was recently appointed to the case and his new Counsel has not yet had an opportunity to meet with him to adequately prepare for trial. The last counsel was removed due to fundamental disagreements with the Defendant such that an irrevocable conflict developed between counsel and client. This case is a case in which the Defendant is charged in four counts with the distribution of crack cocaine. One count carries a potential penalty of a mandatory minimum twenty years incarceration, due to the Defendant's criminal history and the filing of a notice for enhanced penalty. At the time the case was indicted, the Defendant was incarcerated in the Graham Correctional Center of the State of Illinois and a writ was issued to have him brought before the Magistrate Judge in this district. To force the Defendant to trial without adequate time to prepare would constitute a miscarriage of justice. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of

such a continuance outweigh the interests of the public and Defendant Lowe in a speedy trial. Therefore, the Court **GRANTS** Defendant Lowe's motion to continue trial (Doc. 29) and **CONTINUES** the jury trial scheduled for October 20, 2008 until **February 2, 2009 at 9:00am** in order to provide the time needed to allow new counsel to prepare this case for trial. There aren't any co-defendants that will be effected by this action. The time from the date Defendant Lowe's motion was filed, October 16, 2008 until the date on which the trial is rescheduled, February 2, 2009, is excludable time for the purposes of a speedy trial.

      **IT IS SO ORDERED.**

      Signed this 17th day of October, 2008.

      /s/     *David R. Herndon*
      **Chief Judge**
      **United States District Court**