IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 08-cr-30111-SMY |
| DEANDRE T. LOWE, | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge**

This matter comes before the Court on Defendant Deandre T. Lowe's *pro se* motions for status (Docs. 96, 101, and 103) and Supplemental Motion for Compassionate Release (Doc. 108). "Representation by counsel and self-representation are mutually exclusive" *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). As such, a litigant does not have a right to file his own motions when he is represented by counsel and any such motion filed will be stricken as improper. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*); *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

On May 2, 2019, Assistant Federal Public Defender ("AFPD") Daniel G. Cronin entered an appearance on behalf of Lowe on May 2, 2019 (Doc. 88). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Lowe's *pro se* filings (Docs. 96, 101, 103, and 108). Lowe should contact the Federal Public Defender's Office for a status update on his case.

IT IS SO ORDERED.

DATED: February 24, 2021

**STACI M. YANDLE**
**United States District Judge**