IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08–cr-30111-SMY |
| | ) | |
| DEANDRE T. LOWE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**YANDLE, District Judge:**

Defendant Deandre T. Lowe pled guilty to three counts of Distribution of Cocaine Base (Counts 1–3) and one count of Possession with Intent to Distribute More Than 50 Grams of Cocaine Base (Count 4). (Doc. 46). He was sentenced to 292 months' imprisonment and 10 years of supervised release on May 29, 2009. (Doc. 56). Now pending before the Court is Lowe's *pro se* Motion for Early Termination of Supervised Release (Doc. 121), to which the United States and Probation object. (Doc. 123).

After considering the relevant factors listed in 18 U.S.C. § 3553(a), the Court may terminate a defendant's term of supervised release at any time after he has served one year of the term if it is satisfied that early termination is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1); *United States v. Lowe*, 632 F.3d 996, 997 (7th Cir. 2011). The Court acknowledges Defendant's progress on supervised release thus far. However, given his criminal history, including the underlying offenses, and his relatively short time on supervised release, termination at this juncture would be premature and would not serve the goal of re-integration or the sentencing objectives of specific deterrence and protecting the public.

Accordingly, Defendant Deandre T. Lowe's Motion for Early Termination of Supervised Release (Doc. 121) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  July 23, 2024**

**STACI M. YANDLE**
**United States District Judge**

2